JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE FOR FILING THE JOINT PRE TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

WHEREAS, the parties are diligently working on finalizing the Joint Pre-Trial Order; however, given the number of exhibits (Plaintiff has 102 exhibits) and the deadline to file the Joint Pre-Trial Order is September 23, 2022, the parties are requesting a brief, two-week extension to file the Joint Pre-Trial Order.

WHEREAS, counsel for the parties request an extension of the deadline to file the Joint Pre-Trial Order, the parties anticipate that they will need an additional two weeks to finalize the Joint Pre Trial Order;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SIERRA GOLIA-HUFFMAN, by and through her attorney of record, Stephen K. Lewis, Esq., of the ERIC ROY LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., that the deadline for the

CLAC 7139252.1

parties to file their Joint Pre Trial Order be continued to October 7, 2022, to ensure the parties have adequate time to complete the Pre-Trial Order.

    Respectfully submitted this 23rd day of September, 2022.

| ERIC ROY LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Stephen K. Lewis, Esq.<br>STEPHEN K. LEWIS, ESQ.<br>Nevada Bar No. 07064<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 423-3333<br>Attorneys for Plaintiff<br>SIERRA GOLIA-HUFFMAN | /s/ Jerry S. Busby, Esq.<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 23rd, 2022

2

CLAC 7139252.1