**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual, | Case No.: 2:21-cv-01260-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X; inclusive, | |
| Defendants. | |

An in-person settlement conference is set for **Monday, April 24, 2023 commencing at 9:00 a.m.** All parties must report to the chambers of Magistrate Judge Youchah, Room 4068, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

Do not come to the courthouse if you are experiencing flu-like symptoms or if you have been in contact with someone who has recently been diagnosed with COVID-19. If you do not feel well or believe you have been exposed to COVID-19, contact Emily Santiago at Emily_Santiago@nvd.uscourts.gov as far in advance of the settlement conference date as possible. The settlement conference may be rescheduled or arrangements may be made to have an individual appear remotely.

Defendant's representative may appear by Zoom. Plaintiff, Plaintiff's counsel, and Defendant's counsel must appear in person. In preparation for the settlement conference, each party may submit supplemental confidential settlement statements at their discretion.

Do not serve a copy of your confidential settlement brief on opposing counsel. Do not deliver or mail a copy to the clerk's office.

Failure to comply with the requirements set forth in this Order will subject the non-compliant party to sanctions under Federal Rule of Civil Procedure 16(f).

Dated this 10th day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2