JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual, | Case No. 2:21-cv-01260-APG-EJY |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE**  **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and 26-3, the Parties, by and through their respective counsel of record, stipulate and agree that the current trial date of August 21, 2023 and all trial related deadlines be vacated and continued to a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

Both counsel for Plaintiff and Defendant have scheduling conflicts and issues with the availability of witnesses for the current trial date. Specifically, Defendant's primary witness, Nathan Prell, recently moved out of state to Tennessee, and Defendant will need to arrange travel for Mr. Prell back to Las Vegas for the trial.

Plaintiff's counsel was informed today, July 26, 2023, that Plaintiff's retained Economist, Terrence M. Clauretie, Ph.D., CPA, passed away in June. Plaintiff's counsel will need time to sort out what steps will need to be taken given the passing of Mr. Clauretie.

CLAC 7139252.1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SIERRA GOLIA-HUFFMAN, by and through her attorney of record, Stephen K. Lewis, Esq., of the ERIC ROY LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., that the trial be continued to the Court's next available trial stack.

Respectfully submitted this 26th day of July, 2023.

| ERIC ROY LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Stephen K. Lewis, Esq. | /s/ Jerry S. Busby, Esq. |
| STEPHEN K. LEWIS, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 07064 | Nevada Bar No. 1107 |
| 703 South Eighth Street | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| (702) 423-3333 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SIERRA GOLIA-HUFFMAN | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS THEREFORE ORDERED the bench trial in the above-entitled matter currently scheduled for the August 21, 2023 trial stack is vacated and continued to September 25, 2023 at 9:00 a.m. in Courtroom 6C. Calendar call currently scheduled for August 15, 2023 is vacated and continued to September 19, 2023 at 9:00 a.m. in Courtroom 6C, and all trial related deadlines be vacated and continued to September 19, 2023.

IT IS SO ORDERED:

Dated: July 27, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2

CLAC 7139252.1