JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-APG-EJY<br><br>**STIPULATION TO EXTEND DATE FOR FILING THE JOINT PRE-TRIAL ORDER**<br>**(FIRST REQUEST)** |

WHEREAS, counsel for the parties have exchanged multiple communications to prepare the Joint Pre-Trial Order but have not finished the same yet as a result of commitments in other pending cases;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SIERRA GOLIA-HUFFMAN, by and through her attorney of record, Stephen Lewis, Esq., of the ERIC ROY LAW

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 7702041.1

FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., that the date for filing the Joint Pre-Trial Order be extended to December 29, 2023.

Respectfully submitted this 23rd day of December, 2023.

| ERIC ROY LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Stephen Lewis, Esq. | /s/ Jerry S. Busby, Esq. |
| STEPHEN LEWIS, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 7064 | Nevada Bar No. 1107 |
| 703 South Eighth Street | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| (702) 423-3333 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SIERRA GOLIA-HUFFMAN | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED:

DATED this 24th day of   December  , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

CLAC 7702041.1

2