JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-APG-EJY<br><br>**STIPULATION TO EXTEND DATE FOR FILING MOTIONS IN LIMINE AND PRE-TRIAL DISCLOSURES**<br>**(FIRST REQUEST)** |

WHEREAS, the parties and their counsel of record are scheduled to participate in a Mandatory Settlement Conference in this case on March 21, 2024; and

WHEREAS, Motions in Limine and Pre-Trial Disclosures are scheduled to be filed on March 22, 2024, but due to conflicts in the calendar of defense counsel, Defendant will need one additional week to finalize its Motions in Limine and Pre-Trial Disclosure;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4878-9216-2223.1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SIERRA GOLIA-HUFFMAN, by and through her attorney of record, Stephen Lewis, Esq., of the ERIC ROY LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A., that the date for all parties to file their Motions in Limine and Pre-Trial Disclosures be extended for one week until March 29, 2024.

Respectfully submitted this 19th day of March, 2024.

| ERIC ROY LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Stephen Lewis, Esq. | /s/ Jerry S. Busby, Esq. |
| STEPHEN LEWIS, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 7064 | Nevada Bar No. 1107 |
| 703 South Eighth Street | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| (702) 423-3333 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SIERRA GOLIA-HUFFMAN | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED:

DATED this 25th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE