JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-APG-EJY<br><br>**STIPULATION TO EXTEND DATE FOR FILING RESPONSES TO MOTIONS *IN LIMINE*<br>(FIRST REQUEST)** |

**WHEREAS**, Motions *in Limine* have been filed in this matter; and

**WHEREAS**, Responses by the Parties to these Motions *in Limine* are due on April 12, 2024; and

**WHEREAS**, the Parties have discussed Plaintiff's counsel's obligations that would require additional time for filing Responses; and

**WHEREAS**, the trial date in this matter has been moved to August 12, 2024, thereby allowing additional time for pre-trial motion practice:

**IT IS HEREBY STIPULATED AND AGREED**, by and between STEPHEN LEWIS, ESQ. of ERIC ROY LAW FIRM, counsel for Plaintiff SIERRA GOLIA-HUFFMAN, and JERRY S. BUSBY, ESQ. and POOJA KUMAR, ESQ. of COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the date for all Parties to file their Responses to the filed

NG-C2N3CBX6 4877-2954-6678.1

Motions *in Limine* be extended by ten (10) days, to April 22, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted this 11th day of April, 2024.

| **ERIC ROY LAW FIRM** | **COOPER LEVENSON, P.A.** |
|---|---|
| /s/ Stephen Lewis<br>STEPHEN LEWIS, ESQ.<br>Nevada Bar No. 7064<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 423-3333<br>Attorneys for Plaintiff<br>SIERRA GOLIA-HUFFMAN | /s/ Pooja Kumar<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATE:  4/12/2024

2

NG-C2N3CBX6 4877-2954-6678.1