Eric Roy, Esq.
Nevada Bar No. 11869
Stephen K. Lewis, Esq.
Nevada Bar No. 7064
ERIC ROY LAW FIRM
703 South Eighth Street
Las Vegas, Nevada 89101
T: (702) 423-3333
F: (702) 924-2517
Eric@ericroylawfirm.com
Steve@ericroylawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-APG-EJY<br><br>**STIPULATION TO EXTEND DATE FOR PLAINTIFF'S FILING LIMITED OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* 2 (FIRST REQUEST)** |

**WHEREAS**, Defendant filed Motion *in Limine 2* in this matter; and

**WHEREAS**, A response by the Plaintiff to Motion *in Limine* 2 was due on April 22, 2024; and

**WHEREAS**, the Parties have discussed possible stipulations to that Motion but have been unable to agree on exact terms of such a stipulation; and

**WHEREAS**, the parties could not come to an agreement as to exact terms and this is the first request for such an extension, as Plaintiff intends to file a limited opposition, but would like one additional day to do so, making the new deadline April 23, 2024; and

NG-C2N3CBX6 4877-2954-6678.1

**WHEREAS**, this request for a one-day extension arises from counsel's good-faith attempts to resolve an issue without judicial intervention and is not sought for purposes of delay or any other improper reason.

**IT IS HEREBY STIPULATED AND AGREED**, by and between STEPHEN LEWIS, ESQ. of ERIC ROY LAW FIRM, counsel for Plaintiff SIERRA GOLIA-HUFFMAN, and JERRY S. BUSBY, ESQ. and POOJA KUMAR, ESQ. of COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the date for Plaintiff to file her Response to the filed Motion *in Limine* 2 be extended by one (1) day, to April 23, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted this 22nd day of April, 2024.

| **ERIC ROY LAW FIRM** | **COOPER LEVENSON, P.A.** |
|---|---|
| /s/ Stephen Lewis | /s/ Pooja Kumar |
| STEPHEN LEWIS, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 7064 | Nevada Bar No. 1107 |
| 703 South Eighth Street | POOJA KUMAR, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 12988 |
| (702) 423-3333 | 3016 West Charleston Boulevard, Suite 195 |
| Attorneys for Plaintiff | Las Vegas, Nevada 89102 |
| SIERRA GOLIA-HUFFMAN | (702) 366-1125 |
|  | Attorneys for Defendant |
|  | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATE: April 23, 2024

2