JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**[THIRD REQUEST]** |

Pursuant to Local Rules IA6-1 and 26-3, the Parties, by and through their respective counsel of record, hereby stipulate and agree that the current trial date of August 12, 2024, and all trial-related deadlines be vacated and continued as set forth below. This is the Third such stipulation to continue the trial date in this matter.

This Stipulation is entered into for the following reasons:

First, counsel for Plaintiff has scheduling conflicts and issues with availability of counsel for the current trial date. Specifically, Plaintiff's counsel has pre-scheduled family obligations with his children.

Second, the Parties further request a continuance of the trial date as there are pending motions *in limine*. Obtaining an Order on these pending motions will allow the Parties to better prepare for trial.

NG-C2N3CBX6 4865-1600-9885.1

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff SIERRA GOLIA-HUFFMAN, by and through her counsel of record, Stephen K. Lewis, Esq. of ERIC ROY LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel of record, Jerry S. Busby, Esq. and Pooja Kumar, Esq. of COOPER LEVENSON, P.A., that the trial be continued.

**IT IS FURTHER STIPULATED AND AGREED** that counsel for both Parties request the following dates as possible trial dates for the continuation of this trial: October 7, 2024; October 21, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that if this Court so desires, the Parties are willing to file a supplemental Joint Pre-Trial Order in accordance with the present Stipulation.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 10th day of July, 2024.<br>**ERIC ROY LAW FIRM**<br><br>*/s/ Stephen K. Lewis*<br>STEPHEN K. LEWIS, ESQ.<br>Nevada Bar No. 07064<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 423-3333<br>*Attorneys for Plaintiff*<br>*Sierra Golia-Huffman* | DATED this 10th day of July, 2024.<br>**COOPER LEVENSON, P.A.**<br><br>*/s/ Pooja Kumar*<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>*Attorneys for Defendant*<br>*Smith's Food & Drug Centers, Inc.* |

**[ORDER ON NEXT PAGE]**

//
//
//
//
//
//
//
//
//
//

2

NG-C2N3CBX6 4865-1600-9885.1

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the trial date in the above-entitled matter currently scheduled for August 12, 2024, be vacated and continued to a date mutually convenient for the Parties and this Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court does not require a supplemental Joint Pre-Trial Order in accordance with the Parties' present stipulation.

**IT IS ORDERED** that the August 12, 2024 bench trial is vacated and continued to October 21, 2024 at 9:00 a.m. The August 6, 2024 calendar call is vacated and continued to October 15, 2024 at 9:00 a.m. All in courtroom 6C. The July 18, 2024 scheduling conference is vacated.

IT IS SO ORDERED:

Dated: July 11, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE