JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA GOLIA-HUFFMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S FOOD & DRUG CENTERS #332; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**[FOURTH REQUEST]** |

Pursuant to Local Rules IA6-1 and 26-3, the Parties, by and through their respective counsel of record, hereby stipulate and agree that to accommodate a conflict of defense counsel that the trial of this case scheduled on the trial stack beginning October 21, 2024, be continued to the Court's trial stack beginning on November 4, 2024. This is the Fourth stipulation to continue the trial date in this matter.

This Stipulation is entered into for the following reasons:

Defense counsel recently had another court issue an order scheduling a hearing that defense counsel must attend on October 22, 2024. Thus, counsel for Plaintiff has agreed to accommodate defense counsel and have this case tried on the Court's trial stack beginning on November 4, 2024.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff SIERRA GOLIA-HUFFMAN, by and through her counsel of record, Stephen K. Lewis, Esq. of ERIC ROY LAW FIRM,

NG-C2N3CBX6 4864-6453-2702.1

and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel of record, Jerry S. Busby, Esq. and Pooja Kumar, Esq. of COOPER LEVENSON, P.A., that the trial be continued to the Court's trial stack beginning on November 4, 2024.

**IT IS SO STIPULATED.**

DATED this 13th day of September, 2024.          DATED this 13th day of September, 2024.

**ERIC ROY LAW FIRM**                             **COOPER LEVENSON, P.A.**

*/s/ Stephen K. Lewis*                            */s/ Jerry S. Busby*
STEPHEN K. LEWIS, ESQ.                            JERRY S. BUSBY, ESQ.
Nevada Bar No. 07064                              Nevada Bar No. 01107
703 South Eighth Street                           POOJA KUMAR, ESQ.
Las Vegas, Nevada 89101                           Nevada Bar No. 12988
(702) 423-3333                                    3016 West Charleston Boulevard, Suite 195
*Attorneys for Plaintiff*                         Las Vegas, Nevada 89102
*Sierra Golia-Huffman*                            (702) 366-1125
                                                  *Attorneys for Defendant*
                                                  *Smith's Food & Drug Centers, Inc.*

**[ORDER ON NEXT PAGE]**

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the trial date in the above-entitled matter currently scheduled for October 21, 2024 be continued to November 4, 2024 at 9:00 a.m.. Calendar call currently scheduled for October 15, 2024 is vacated and continued to October 29, 2024, at 9:00 a.m.  The trial scheduling conference scheduled for October 1, 2024 is vacated and continued to October 15, 2024 at 9:00 a.m. All in Courtroom 6C.

IT IS SO ORDERED:

Dated: September 16, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE